C. Adam Buck (023128)
**RADIX LAW**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
buck@radixlaw.com
(602) 606-9300
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Xfinity Mobile, et al.,<br><br>Plaintiffs,<br>v.<br><br>GlobalguruTech, LLC, et al.<br><br>Defendants. | Case No. 2:22-cv-01950-SMB<br><br>**DEFENDANTS' LRCIV 12.1(c) CERTIFICATION** |

I, C. Adam Buck, as the attorney for GlobalGuruTech, LLC d/b/a SellLocked, Guru Holdings LLC, and Jakob Zahara (collectively "Defendants"), in the matter of Xfinity Mobile, et al. and Globalgurutech, LLC, et al., United States District of Arizona Court Case No. 2:22-cv-01950-SMB, upon my oath, do declare and certify the following:

1. That I make this certification pursuant to LRCiv. 12.1(c) and in support of Defendants' Motion to Dismiss Complaint for Damages and Injunctive Relief (Doc. 1) pursuant to Fed. R. Civ. P. 12(b)(6).

2. I notified opposing counsel of the issues asserted in the Motion to Dismiss through email on December 19, 2022. Although we exchanged emails on the subject on December 19, 2022, we were unable to resolve the issues.

3. That I am of the opinion and certify that counsel have tried in good faith to resolve this issue regarding the filing of Defendants' Motion to Dismiss Complaint for Damages and Injunctive Relief.

4. That the content of this Certificate demonstrates undersigned counsel's good faith efforts to resolve the dispute between Plaintiffs and Defendants regarding the Motion to Dismiss.

DATED: December 20, 2022.

**RADIX LAW**

*/s/ C. Adam Buck*
C. Adam Buck
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ K. Edmondson*