1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Xfinity Mobile, et al.,

10                 Plaintiffs,

11   v.

12   Globalgurutech LLC, et al.,

13                 Defendants.

14

**NO. CV-22-01950-PHX-SMB**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

15          **Decision by Court.**  This action came for consideration before the Court.  The issues

16   have been considered and a decision has been rendered.

17          IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18   October 29, 2025, Count IV is dismissed with prejudice. Final judgment is hereby entered

19   as to all claims in this case consistent with the Order.

20                                                    Debra D. Lucas
                                                      District Court Executive/Clerk of Court

21

22    October 29, 2025

23                                                    s/ K. Gray
                                              By      Deputy Clerk

24
25
26
27
28